# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**MATTHEW L. STASZAK**                                                                 **PLAINTIFF**

**v.**                     **Case No. 2:16-cv-168 KGB-JJV**

**UNITED STATES OF AMERICA,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case be dismissed without prejudice.

Dated this the 22nd day of August, 2017.

*[signature]*
Kristine G. Baker
United States District Judge